**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                                :

IN RE CREDIT DEFAULT SWAPS ANTITRUST  :
LITIGATION                                                    :
                                                                :  13 MD 2476 (DLC)

This Document Relates To: All Actions       :

------------------------------------------------------------------ x

### NOTICE OF MOTION FOR THE FIRST DISTRIBUTION OF SETTLEMENT FUNDS

      PLEASE TAKE NOTICE that Plaintiffs, through Co-Lead Counsel, hereby move to make a first distribution of settlement funds and to establish a schedule for any appeal to this Court from a final claim determination by the claims administrator. This motion is based on this Notice of Motion and Motion, the accompanying Memorandum in Support, the Declaration of Stephen J. Cirami in Support of the Motion, any papers filed in reply, and all other materials as may be presented in connection with this Motion.

DATED: November 17, 2016          **QUINN EMANUEL URQUHART & SULLIVAN, LLP**


By:  */s/ Daniel L. Brockett*
Daniel L. Brockett
Steig D. Olson
Sascha N. Rand
Jonathan Oblak
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
sascharand@quinnemanuel.com
jonoblak@quinnemanuel.com

Jeremy D. Andersen
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com

**Lead Counsel for Plaintiffs**

DATED: November 17, 2016          **PEARSON, SIMON & WARSHAW, LLP**


By:  */s/ George S. Trevor*
Bruce L. Simon
Clifford Pearson
George S. Trevor
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Fax: (415) 433-9008
bsimon@pswlaw.com
cpearson@pswlaw.com
gtrevor@pswlaw.com

**Co-Lead Counsel for Plaintiffs**

2