```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      ORDER
IN RE CREDIT DEFAULT SWAPS ANTITRUST     :
LITIGATION                               :      13md2476 (DLC)
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the December 15, 2016 hearing to address appeals from the Claims Administrator's final determinations, it is hereby

ORDERED that the appeal submitted by Natixis Financial Products LLC is denied.

Dated:   New York, New York
         December 15, 2016

                                    _____
                                              DENISE COTE
                                    United States District Judge